JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIN LEE,<br><br>                    Plaintiff,<br><br>v.<br><br>SAMURAI SPIRIT INC. D/B/A<br>OJIYA; HANG YIN, AS TRUSTEE<br>OF THE YIN LIVING TRUST; DOES<br>1 TO 10,<br><br>                    DefendantS. | Case No. 2:20-CV-08441 AB (JEMx)<br><br><br>ORDER DISMISSING CIVIL ACTION |

        THE COURT having been advised by counsel that the above-entitled action has

been settled;

        IT IS THEREFORE ORDERED that this action is hereby dismissed without

costs and without prejudice to the right, upon good cause shown within **30 days,** to re-

open the action if settlement is not consummated.  This Court retains full jurisdiction

over this action and this Order shall not prejudice any party to this action.

Dated:  January 5, 2021          _____

                                                ANDRÉ BIROTTE JR.
                                                UNITED STATES DISTRICT JUDGE

1.